**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000158**
**27-JUN-2017**
**11:57 AM**

NO. CAAP-16-0000158

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

US BANK NATIONAL ASSOCIATION, as Trustee for the Structured Asset
Securities Corporation Mortgage Loan Trust, 2006-NC1,
Plaintiff/Counterclaim-Defendant/Appellant/
Cross-appellee/Appellee/Cross-Appellant,
v.
DANEFORD MICHAEL WRIGHT, ELLAREEN UILANI WRIGHT,
Defendants/Cross-Claim Defendants/Appellees/
Cross-Appellants/Appellants/Cross-Appellees,
and
COUNTY OF MAUI,
WAILUKU COUNTRY ESTATES COMMUNITY ASSOCIATION, INC.,
Defendants/Cross-claim Defendants/Appellees
and
FINANCE FACTORS, LIMITED,
Defendant/Counterclaim-Plaintiff/Cross-Claim Plaintiff/Appellee
and
JOHN DOES 1-10, JANE DOES 1010,
DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10,
DOE ENTITIES 1-10, DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 09-1-0961(2))

ORDER OF CORRECTION
(By: Ginoza, J. for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order
of this court entered on June 26, 2017, is hereby corrected as
follows:

---

[1] Considered by Leonard, Presiding Judge, Ginoza and Chan, JJ.

1.    On page 1, after the word "Mortgage" at the end of the second line of text, add "Loan Trust, 2006-NC1 (**USBNA**) appeals from two post-judgment" so that the sentence reads as follows:[2]

> Plaintiff-Appellant US Bank National Association, As Trustee for the Structured Asset Securities Corporation Mortgage <u>Loan Trust, 2006-NC1 (**USBNA**) appeals from two post-judgment</u> orders filed on February 12, 2016, in the Circuit Court of the Second Circuit (**circuit court**):

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, June 27, 2017.

FOR THE COURT:

Associate Judge

---

[2]    The additional language is underlined here to note the correction, but should not be underlined in the Summary Disposition Order.